**EXHIBIT 2**: INFRINGEMENT #1
URL: https://thelandondemand.com/news/2024/mar/14/with-first-wave-of-free-agency-done-browns-essentially-added-two-starters-on-defense-and-one-on-offense/

thelandondemand.com/news/2024/mar/14/with-first-wave-of-free-agency-done-browns-essentially-added-two-starters-on-def...

Bookmarks | VVC | Work | Work BN | Titan | Copyright CRM - Ca... | All Bookmarks

Watch Today | Listen | Shows | Tony Grossi | Learn More | Sign In | Subscribe

With First Wave Of Free Agency Done, Browns Essentially Added Two Starters On Defense And One On Offense




Tackle Quinton Jefferson is the only new addition to Jim Schwartz's defensive front four. He figures to replace Jordan Elliott as the starter next to Dalvin Tomlinson. (Getty Images)

With first wave of free agency done, Browns essentially added two starters on

**<u>EXHIBIT 2</u>:** INFRINGEMENT #2
URL: https://thelandondemand.com/photos/2024/mar/14/2001/

thelandondemand.com/photos/2024/mar/14/2001/

Bookmarks VVC Work Work BN Titan Copyright CRM - Ca... All Bookmarks



Tackle Quinton Jefferson is the only new addition to Jim Schwartz's defensive front four. He figures to replace Jordan Elliott as the starter next to Dalvin Tomlinson. (Getty Images)

**Stories this photo appears in:**



With first wave of free agency done, Browns essentially added two starters on defense and one on offense

Ex-Steelers linebacker Devin Bush probably arrives as a reserve and special teamer.